1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721

**FILED**
**DEC 2 7 2007**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          ) Case No: 307-mj-02740-AJB 2
                                   )
       Plaintiff,                  ) **SUBSTITUTION OF ATTORNEY**
                                   )
       vs.                         )
                                   )
Marisol Valenzuela Valdez          )
                                   )
       Defendant                   )
_____)

__MARISOL VALENZUELA-VALDEZ__ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, __GERALD T MCFADDEN__.

DATED: 12-23-07                          X _____
                                              DEFENDANT
                                         Marisol Valdez V.

I consent to the above substitution.

DATED: 12/27/07                          _____
                                              PRESENT ATTORNEY

1                                         307-mj-02740-AJB-2

1  //
2  I am duly admitted to practice in this district.
3  I accept the above substitution.
4
5  DATED: 12-27-07                    _____
6                                      NEW ATTORNEY
7
8  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.
10
11 DATED:                APPROVED: _____
12  12/27/07
13                                 UNITED STATES DISTRICT COURT MAGISTRATE

2    307-mj-02740-AJB-2