

FILED
DEC 27 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS VEA ALGANDAR (1),<br>MARISOL VALENZUELA VALDEZ (2),<br><br>  Defendants. | Criminal Case No. 07CR3455-JM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about November 25, 2007, within the Southern District of California, defendants LUIS VEA ALGANDAR and MARISOL VALENZUELA VALDEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 11.40 kilograms (25.08 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 12/17/07.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
12/7/07