#4

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| **MARISOL VALENZUELA VALDEZ** | CASE NUMBER: 07CR3455-JM / 07MJ2740 |

I, __MARISOL VALENZUELA VALDEZ__, the above named defendant, who is accused of

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Section 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __01-10-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

*Defendant*

*Counsel for Defendant*

Before _____
            *Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd