# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   MARISOL VALENZUELA VALDEZ   [2]   07CR3455-JM-02

The Honorable:   ANTHONY J. BATTAGLIA

| Atty | CHRISTIAN DE OLIVAS | for | [2] | - Retained |
| Atty | | for | [] | - |
| Atty | | for | [] | - |

AJB08-1: 1444-1510

AUSA: Fred Sheppard

Governments Oral Motion to Dismiss - Granted.  Abstract Order issued to U.S. Marshal for defendants release.

Date:  02/14/08

END OF FORM

by /s/ YMM