```
 1  KAREN P. HEWITT
    United States Attorney
 2  DALE BLANKENSHIP
    Assistant U.S. Attorney
 3  California State Bar No. 235960
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6199
    Facsimile: (619) 235-2757
 6  Email: dale.blankenship@usdoj.gov

 7  Attorneys for Plaintiff
    United States of America
 8
```

9                     UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA,    ) | Criminal Case No. 07cr3455-JM |
| 12 | Plaintiff,    ) | |
| | ) | NOTICE OF APPEARANCE |
| 13 | v.    ) | |
| | ) | |
| 14 | LUIS VEA ALGANDAR (1),    ) | |
| | MARISOL VALENZUELA VALDEZ (2),    ) | |
| 15 | ) | |
| | Defendants.    ) | |
| 16 | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

Dale Blankenship

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED:   February 19, 2008.

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/ Dale Blankenship
                                              _____
                                              DALE BLANKENSHIP
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr3455-JM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| LUIS VEA ALGANDAR (1), ) | |
| MARISOL VALENZUELA VALDEZ (2), ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, DALE BLANKENSHIIP, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Leila Morgan
2. Christian De Olivas

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2008.

s/ Dale Blankenship
DALE BLANKENSHIP