UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARISOL VALENZUELA VALDEZ,<br><br>          Defendant. | CASE NO. 07CR3455-JM-02<br><br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

  X   the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED:  February 19, 2008

                                        _____
                                        Hon. Anthony J. Battaglia
                                        U.S. Magistrate Judge
                                        United States District Court